FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
12/30/2014 4:37:57 PM
KEITH E. HOTTLE
Clerk

# APPENDIX - TAB B



N. KEITH WILLIAMS
DISTRICT JUDGE
216TH JUDICIAL DISTRICT COURT
KERR COUNTY COURTHOUSE
700 MAIN STREET
KERRVILLE, TEXAS 78028

DISTRICT CLERKS:
GILLESPIE COUNTY - JAN DAVIS
830/997-6517
KENDALL COUNTY - KAY PUGH
830/249-9343
KERR COUNTY - ROBBIN BURLEW
830/792-2281

COURT ADMINISTRATOR: BECKY I. HENDERSON
KERR COUNTY COURTHOUSE
700 MAIN STREET
KERRVILLE, TEXAS 78028
830/792-2290

COURT REPORTER: CINDY E. HUGGINS
P. O. BOX 33251
KERRVILLE, TEXAS 78029-3251
830/257-5063

May 28, 2014

Mr. Erik Wollam
Attorney at Law
1776 Yorktown, Suite 100
Houston, Texas    77056

Mr. Charles E. Soechting
Attorney at Law
3331 Ranch Road 12, Suite 107
San Marcos, Texas    78666

Mr. Michael G. Sawicki
Attorney at Law
4040 N. Central Expressway, Suite 850
Dallas, Texas    75204

Mr. Zachary P. Hudler
Attorney at Law
P. O. Box 1728
Johnson City, Texas    78636

Re:    Cause No. 13410
Salas, et al v. C&B White Services, Inc., et al

Counsel:

The Court has reviewed the Defendant Allen Keller Company's Motion for Summary Judgment, Plaintiffs' Response, the Summary Judgement evidence and the Supplemental Briefs.

The Court does not believe that Chapter 95 of the Tx CPRC applies to this case.

However, the Court finds that the Defendant's Motion for Summary Judgment should be granted on the other grounds stated.

Therefore, Defendant Keller's Motion for Summary Judgment is hereby GRANTED.

Mr. Wollam, please submit an Order.

Sincerely,

N. Keith Williams
216th District Judge

NKW:bh

FILED
At 10:29 O'clock A M

JUN - 4 2014

JAN DAVIS
DISTRICT CLERK
KERR COUNTY, TEXAS
By _____ Deputy

302

| | BROADCAST REPORT | |

TIME : 05/30/2014 17:11
NAME : KERR DISTRICT JUDGES
FAX : 8307922294
TEL : 8307922290
SER.# : U63274M2J313789

| PAGE(S) | 01 |
|---------|----|

| DATE | TIME | FAX NO./NAME | DURATION | PAGE(S) | RESULT | COMMENT |
|-------|------|-------------|----------|---------|--------|---------|
| 05/30 | 17:08 | 15124853501 *E. Wollam.* | 28 | 01 | OK | ECM |
| 05/30 | 17:09 | 12144688845 *m. Banicki* | 27 | 01 | OK | ECM |
| 05/30 | 17:10 | 15123926204 *C. Goechtme* | 25 | 01 | OK | ECM |
| 05/30 | 17:11 | 18308687636 *E. Hudlek* | 30 | 01 | OK | |

303